

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| DAVID LOPEZ, | § | No. 08-19-00058-CR |
| Appellant, | § | Appeal from the |
| v. | § | Criminal District Court No. 1 |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 20110D03070) |

## **J U D G M E N T**

The Court has considered this cause on the Appellant's motion to dismiss the appeal and concludes the motion should be granted and the appeal should be dismissed. We therefore dismiss the appeal. We further order this decision be certified below for observance.

IT IS SO ORDERED THIS 31ST DAY OF OCTOBER, 2019.

GINA M. PALAFOX, Justice

Before Alley, C.J., Rodriguez, and Palafox, JJ.